IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
__WESTERN__ DIVISION

3:21 cv 179
THOMAS M. ROS...
SHARON L. OVINGTON

Aladdin Moroc Bey / Luna LaToya Bey
(Enter Above the Name of the Plaintiff in this Action)

vs.

* Jenny M. Lewis CEO of Miami Valley Hospital foundation and President
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them: David Dean Brannon, Dayton Probate Judge
* Beth Hutter, Director of Miami Valley Hospital foundation operations
* Dennis J. Percy, MBA, Director of Development of Miami Valley foundation
* Michael Jarvis, Communications Manager of Miami Valley foundation
* Barbara Duhon, Administrative Secretary of Miami Valley foundation
* Chief Michael Woodford, Director at Premier Health

Claim For Civil Case

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

Aladdin Moroc Bey / Luna LaToya Bey
Name - Full Name Please - PRINT

C/O P.O. Box 501
Street Address

Dayton Territory, Ohio Republic near [45401]
City, State and Zip Code

937·321·6270
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ~~Gara~~ L.B. Barbara A. Duhon
   Name - Full Name Please
   2728 Hutchins Court, Dayton Territory, Ohio Republic [45414] ZIP
   Address: Street, City, State and Zip Code

2. Jenny M. Lewis
   6240 Endicott Rd, Dayton Territory, Ohio Republic [45424] ZIP

3. Dennis James Percy
   6930 Marwyck Drive, Dayton Territory, Ohio Republic [45459] ZIP

4. Cheif Michael Woodford
   4434 Northern Circle, Dayton Territory, Ohio Republic [45424] ZIP

5. Michael Jarvis
   One Wyoming Street, Dayton Territory, Ohio Republic [45409]

6. David Dean Brannon
   130 West Second Street, Suite 900, Dayton Territory, Ohio Republic [45402] ZIP

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
[A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☑ Title 28 U.S.C. § 1331
[A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
[A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☑ Title 18 United States Code, Section 241/242/1201/1113/
[Other federal status giving the court subject matter jurisdiction.]

* Treaty of ~~peace~~ L.B. Peace and friendship (1787) Morocco and U.S.A
* Amendment IX (9) Const.
* Art. III of Const.
* Art 6 of Const. VI

-2-

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

1. I, Aladdin Moroc Bey On Wednesday 23rd at approximately 4:30p.m. got transported on a fraudulent pink slip from corporate Montgomery County Jail to Miami Valley Hospital Psychiatric Unit (SW7530) under Threat, Duress, Coercion by being kidnapped against my free will being Forced to be transported by Deputy Li and Deputy Brown (female) of Montgomery County Sheriff's office. I made it veary transparent that I did not accept the offer to contract and did not consent to ANY of the fraudulent malpractice procedures and major harm done against me. Furthermore; I am a Victim of attempted murder and being poisoned with forced fake counterfeit so called "medication" On Thursday 24th at approximately 5:30p.m. by so called Doctor Jester and miami valley Hospital Security King and Sheriff Deputy Brown and Deputy Li at Montgomery County Jail being a witness while participating in the fraudulent malpratice procedures. On Monday June 28th there was another attempted murder towards me, while being Druged (poisoned) with so called medication by unknown criminals disguised as caring doctors committing FRAUD daily!..

-3-

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

| Case Number | Caption | | |
|---|---|---|---|
| 3:21-CV-00128-TMR | Bey | vs. | (Chief) Richard Steven Biehl |
| 3:21-CV-00124-WHR | Bey | vs. | (Sheriff) Robert Michael Streck |
| | | vs. | |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I, Luna LaToya Bey and Aladdin Moroc Bey: Moorish American Nationals are instructing the Clerk of Courts to File, stamp copy these documents and send us one back to verify filing.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of June, 2021. C.C.Y./1441 M.C.

Autograph: Luna LaToya Bey, Aladdin Moor-Bey
U.C.C. 1-308 All Rights Reserved

-4-