# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| ALADDIN MOROC BEY, *et al.*, | : Case No. 3:21-cv-179 |
| Plaintiffs, | : District Judge Walter H. Rice |
| | : Magistrate Judge Sharon L. Ovington |
| vs. | : |
| JENNY M. LEWIS, *et al.*, | : |
| Defendants. | : |

## DECISION AND ENTRY

The Court has conducted a *de novo* review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. No. 13), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections, if any, under Fed. R. Civ. P. 72(b), has expired, this Court hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1. The Report and Recommendations filed on October 21, 2021 (Doc. No. 13) is **ADOPTED** in full;

2. Defendant David D. Brannon's Motion to Dismiss (Doc. No. 7) be **GRANTED**;

3. Defendants Jenny M. Lewis, Beth Hutter, Dennis J. Percy, Michael Jarvis, Barbara Duhon and Michael Woodford's Motion to Dismiss (Doc. No. 10) be **GRANTED**; and

4. Plaintiffs Aladdin Moroc Bey and Luna LaToya Bey's Complaint (Doc. No. 1) be **DISMISSED** in its entirety, **WITH**

PREJUDICE as to Defendant Brannon, and **WITHOUT PREJUDICE** as to the remaining Defendants.

5. The case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 11-15-21

Walter H. Rice
United States District Judge